IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DALE LYNN KOKES, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the U.S. Marshals Service,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are continued to Thursday, January 17, 2008, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 7, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge