IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3043 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
|  | ) | **ORDER** |
| DALE LYNN KOKES, | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and with the agreement of plaintiff's counsel,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are continued to Thursday, January 24, 2008, at 11:30 a.m., before Judge Kopf, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 16, 2008.            BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge