IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DALE LYNN KOKES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The Clerk of Court shall file the attached letter as a motion seeking the return of property and for the appointment of counsel.

(2)   The plaintiff shall respond to the motion to return property on or before October 17, 2008.

(3)   The motion for appointment of counsel is denied without prejudice to reconsideration should the government file a motion to reduce the defendant's sentence under Rule 35.

(4)   The Clerk of Court shall send a copy of this order to the defendant.

September 18, 2008.                BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge